**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 5, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

UNIVERSITAS EDUCATION, LLC,

    Petitioner - Appellee,

v.

NOVA GROUP, INC., et al.,

    Respondents.

------------------------------

PHOENIX CHARITABLE TRUST,

    Interested Party - Appellant,

v.

AVON CAPITAL, LLC, a Connecticut
limited liability company,

    Intervenor,

and

ASSET SERVICING GROUP, LLC,

    Garnishee.

------------------------------

RYAN T. LEONARD,

    Receiver.

No. 25-6073
(D.C. No. 5:14-FJ-00005-HE)
(W.D. Okla.)

_____

**ORDER**

_____

This matter is before the court on appellant's Emergency Motion for Panel Rehearing by Appellant Phoenix Charitable Trust Requesting Temporarily Stay of August 5, 2025 Order for Disbursement of Funds by the Receiver (the "Motion").  Upon consideration, the Motion is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk